IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAMETRIUS VIRGIL**
**ADC # 179784**                                                                        **PLAINTIFF**

v.                              No. 3:25-cv-267-DPM

**EDITH ELLIOTT, Jail Administrator,**
**Sharp County Detention Center**                                        **DEFENDANT**

### ORDER

1. The Court withdraws the reference.

2. Virgil hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3 at 7.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2026