# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAMETRIUS VIRGIL**                                                                 **PLAINTIFF**
**ADC # 179784**

v.                    No. 3:25-cv-267-DPM

**EDITH ELLIOTT, Jail Administrator,**
**Sharp County Detention Center**                              **DEFENDANT**

## JUDGMENT

Virgil's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2026